No. 609. RAYTHEON PRODUCTION CORP. *v.* COMMISSIONER OF INTERNAL REVENUE. November 20, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Edward C. Thayer* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Newton K. Fox* for respondent.

No. 569. FOLKES *v.* OREGON. November 20, 1944. Petition for writ of certiorari to the Supreme Court of Oregon denied.

No. 582. STURGEON ET AL. *v.* GREAT LAKES STEEL CORP. On petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit; and

No. 598. FLORIDA EX REL. LAING *v.* SCOTT, SHERIFF. On petition for writ of certiorari to the Supreme Court of Florida. November 20, 1944. Petitions for writs of certiorari denied for the reason that applications therefor were not made within the time provided by law. § 8 (a), Act of February 13, 1925 (43 Stat. 936, 940), 28 U. S. C., § 350. *Messrs. M. C. Harrison* and *Homer Marshman* for petitioners in No. 582, and *Mr. Wm. W. Flournoy* for petitioner in No. 598.

No. 502. ENTSMINGER *v.* YAZOO & MISSISSIPPI VALLEY RAILROAD Co. November 20, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Fred G. Benton* for petitioner.